[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 05-14573

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 24, 2006
THOMAS K. KAHN
CLERK

D. C. Docket No. 03-00592-CV-A-E

LEANN HORNE,

Plaintiff-Appellee,

versus

RUSSELL COUNTY COMMISSION, et al.,

Defendants,

TILLMAN PUGH, individually and
in his official capacity as a
County Commissioner for Russell
County, Alabama,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Alabama

_____

(May 24, 2006)

Before HULL and WILSON, Circuit Judges, and DUPLANTIER[*], District Judge.

PER CURIAM:

After review and oral argument, we find no reversible error in the district court's orders dated July 15, 2005, and August 29, 2005.

**AFFIRMED.**

---

[*]Honorable Adrian G. Duplantier, United States District Judge for the Eastern District of Louisiana, sitting by designation.